UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01127-JDE | Date | October 5, 2026 |
| Title | Tracey Gaglio, et al. v. Porsche Cars North America, Inc. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Sanctions for Failure to Comply with Court Order

On May 11, 2026, Defendant Porsche Cars North America, Inc. ("Defendant") removed this action that had been filed by Tracey Gaglio and Joseph Gaglio ("Plaintiffs") in State Court. On May 18, 2026, Defendant answered the operative Complaint. Dkt. 7. On August 11, 2026, the Court issued an Order Setting Scheduling Conference for October 8, 2026, that, among other things, ordered the parties to file a fully compliant Joint Rule 26(f) Report at least 21 days before the October 8, 2026 Scheduling Conference. Dkt. 15 ("Order"). The Order concluded:

> A failure by a party or counsel to participate in the joint meeting of parties/counsel, or to participate in the preparation of a Joint Report, or to file a Joint Report, within the time permitted may result in the imposition of sanctions and/or dismissal or entry of default.

Order at 3. As of the date of this Order, no Joint Rule 26(f) Report has been filed. The Court finds that a Scheduling Conference on October 8, without the benefit of a Joint Report, would not be of assistance in entering a Scheduling Order. As such, the Scheduling conference is CONTINUED to **November 5, 2026, at 10:00 a.m.**

Further, Plaintiff and Defendant are each ORDERED TO SHOW CAUSE, in writing, by noon on October 8, 2026, why sanctions should not be imposed, including but not limited to monetary sanctions, for the apparent failure to comply with the Order. **The parties may comply with this Order by filing a fully compliant Joint Rule 26(f) Report, after holding the meeting also required by the Order, by noon on October 8, 2026.**

IT IS SO ORDERED.

Initials of Courtroom Deputy ARO